IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MARVIN L. MALONE** | ) | |
| | ) | |
| **v.** | ) | 3-05-CV-1990-D |
| | ) | |
| **DOUGLAS DRETKE, Director,** | ) | |
| **Texas Department of Criminal Justice** | ) | |
| **Correctional Institutions Division** | ) | |

**O R D E R**

After making the review required by 28 U.S.C. § 636(b), the court finds that the findings, conclusions, and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

Signed November 14, 2005.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE